# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| GARY and CARYL LUIS, STEPHANIE EDWARDS and MURRAY MACLEOD, MARY MORAVEC, and JUDITH and DELTON NACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RBC CAPITAL MARKETS, LLC<br><br>Defendant. | Case No. 0:16-cv-00175 SRN-KMM<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs, by and through their undersigned counsel, hereby provide this Court with this Notice of Supplemental Authority. Plaintiffs do so to aid the Court in the Court's consideration of Defendant's Motion to Dismiss. Plaintiffs will be relying on the following supplemental authority at the hearing on Defendant's Motion to Dismiss, scheduled for June 30, 2016:

1. *Hidalgo-Velez v. San Juan Asset Management, Inc.*,
   2012 WL 442702 (D. P.R. Sept. 24, 2012)

   Applicable to Section II(C) of Plaintiffs' Opposition to the Motion to Dismiss.

2. *Brown v. Earthboard Sports USA, Inc.*,
   481 F.3d 901(5th Cir. 2007)

   Applicable to Section II(C) of Plaintiffs' Opposition to the Motion to Dismiss.

3. *Zuri-Invest AG v. Natwest Finance, Inc.*,
   177 F.Supp.2d 189 (S.D.N.Y. 2001)

   Applicable to Section II(C) of Plaintiffs' Opposition to the Motion to Dismiss.

1

Dated: June 27, 2016

Respectfully submitted,

*s/David A. Goodwin*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
David A. Goodwin (#386715)
Eric S. Taubel (#0392491)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
etaubel@gustafsongluek.com

Scott D. Hirsch (admitted *pro hac vice*)
Charles E. Scarlett (admitted *pro hac vice*)
**SCARLETT & HIRSCH, P.A.**
7777 Glades Road, Suite 200
Boca Raton, FL 33434
Tel: (561) 278-6707
Fax: (561) 278-6244
E-mail: scott@shlawfla.com
charles@shlawfla.com

***Attorneys for Plaintiffs***